AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00092 |
| COUY GRIFFIN | ) Assigned To : Faruqui, Zia M. |
| DOB: XX/XX/XXXX | ) Assign. Date : 1/16/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_Scott B_____
Complainant's signature

Detective Scott Brown, MPD
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/15/2021

Zia M. Faruqui
2021.01.15 22:05:19 -05'00'
Judge's signature

City and state: Washington, District of Columbia

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title