FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry    01/18/2021

On January 17, 2021, Couy Dale GRIFFIN (GRIFFIN) was arrested pursuant to a US District Court Arrest warrant issued by US Magistrate Judge Zia M. Faruqui for 18 USC 1752(a)(1) Knowingly Entering or remaining in any Restricted Building or Grounds without Lawful Authority in connection with the US Capitol Building riots that occurred on 01/06/2021. GRIFFIN was arrested by United States Capitol Police (USCP) and transported to the FBI Washington Field Office (WFO) by SA David E. Johnson and SA Roland R. Draughn III.

On January 17, 2021 at approximately 03:57 pm, Couy Dale GRIFFIN (GRIFFIN), white male, date of birth 10/06/1973, SSN 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, Home address 52 Dusty Lane, Tularosa, NM, was interviewed at FBI WFO, 601 4th St NW, Washington, DC, by SA's David E. Johnson and Roland R. Draughn III. Accompanied in the interview was Secret Service Special Agent Chris Acker and USCP Officer Ryan McCamley. After being advised of the nature of the interview and the identity of the interviewing agents, GRIFFIN provided the following information:

**The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.**

GRIFFIN drove to Washington D.C from New Mexico by way of Texas. GRIFFIN was traveling as a speaker with the Women for America First events tour, which started on December 28th and continued to various cities in route to Washington DC. The tour served as press conferences events leading up to the rally at the Mall on January 6, 2021. GRIFFIN was traveling with friend Matt Struck, media adviser for the website GRIFFIN founded called "Cowboys for Trump." GRIFFIN has met with President Trump several times. After attending the rally held by President Trump, the crowd was directed towards the Capitol Building. There were other individuals in the crowd on

Investigation on  01/17/2021  at  Washington, District Of Columbia, United States (In Person)

File #  176-WF-3366759-GRIFFIN                                      Date drafted  01/17/2021

by  David E. Johnson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

megaphones saying "Keep moving forward." GRIFFIN decided to drift on with the crowd to the Capitol Building and onto the grounds. He never felt like he was breaking the law as everyone was chanting, "This is our house." Next thing he knew was at the side door next to the Capitol, which opened on the second level, which was outside the stair case. He wanted to see what was up on the top side where the President gets inaugurated. GRIFFIN believed he was led by God to lead prayer over crowd as his friend mentioned a vision of people on one knee giving their lives to Jesus Christ. He eventually was able to get the megaphone from a fellow preacher and and led the crowd of people in prayer from 2 Chronicles 7: 14. GRIFFIN says he was never asked to leave the Capitol Building grounds; he felt like "we finally had our voice heard." No one cared when small businesses windows were busted out but when the Capitol Building glass was busted out that's when the Government cared. The people outside the Capitol Building were everyday Americans tired of being treated by the Government." GRIFFIN watched people go into the hole that leads into Capitol Building. He had nothing to do with the violence. He witnessed others break the glass out the windows and committing violence. He later drove back to Virginia to his hotel room. He checked out his hotel room and then drove to San Diego with Matt Struck, to pay respect to Air Force veteran Ashley who was shot by Capitol Police.


Question: What brought you back to DC?

Answer: I was concerned. The country going straight down the tube; the election was stolen. I came to pray for the Nation.


Q: Did you go inside the Capitol Building?

A: I never went inside the Capitol Building.


Q: Were you traveling with guns to DC?

A: It's my second amendment right. I have death threats. I spoke to the FBI office is Las Cruces about it. Before I got to DC, I dropped them off at a friend's house. I felt it was wiser. I have a .357 magnum, single action

revolver; and a .357 rifle, lever action. The Government in place, the illegal actions, elections fraudulent, and this leaves America in a desperate place.

Q: What is your plan with President elect Joe Biden? Inauguration?

A: Just go home.

Q: Intention to do harm?

A: No

Q: On medications?

A: No

Q: Any affiliations?

A: No

Q: History of Military?

A: No

Q: Mental Health issues?

A: No

Q: Attended any protected sites?

A: Yes. September 2019 I met the President at the White House. I also met

FD-302a (Rev. 5-8-10)

176-WF-3366759-GRIFFIN

Continuation of FD-302 of  (U) Arrest and Interview of Couy Dale GRIFFIN , On 01/17/2021 , Page 4 of 4

the President in Albuquerque, NM.

Q: Have you been to the Capitol before?

A: Yes. I attended the inaugural tree lighting in 2018. New Mexico Senator Tom Udall's office sponsored the event. I step up vocally; I say what people thinking and people hate me for it. I have haters in New Mexico; they reported me when I posted on Facebook.

GRIFFIN provided the names of his friends he left the firearms with as Clinton and Susie Cessna of Beans Cove, PA; GRIFFIN gave SA Johnson consent to access his phone and provided the password as 098765.  GRIFFIN's phone was a black I-phone cellular telephone. Listed in the phone under Susie Cessna is phone number 814-617-1464.

GRIFFIN signed the FD-395, advise of rights, at 3:14 p.m.; signed the FD-26, consent to search: vehicle Toyota Yaris, New Mexico license plate 968-TBF, at 3:16 p.m.; consent to search: Hotel room at the Hampton Inn, 4800 Leesburg Pike, Alexandria, VA 22302, at 3:17 p.m.; consent to search: I-phone cellular phone, at 4:15 p.m. (All times are approximate). The interview of GRIFFIN started at 3:57 p.m. and ended at 4:46 p.m.  Additional details are contained in the video recording.

(Custodial Interview captured in 1A physical)