NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                          Criminal Number  21mj92

Couy Griffin
            (Defendant)

TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA                [ ] RETAINED              [ ] FEDERAL PUBLIC DEFENDER

*Nicholas D. Smith*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Nicholas D. Smith, VA 79745
*(Attorney & Bar ID Number)*
David B Smith PLLC
*(Firm Name)*
7 East 20th Street, Suite 4R
*(Street Address)*
New York            NY            10003
*(City)            (State)            (Zip)*
917-902-3869
*(Telephone Number)*