

U.S. Department of Justice
Timothy Shea
United States Attorney
*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 25, 2021

**VIA USAFX**
David B. Smith
David B. Smith, PLLC
108 N. Alfred Street, 1st FL
Alexandria, VA 22314
Ph: 703-548-8911/ 703-609-4323
Email: dbs@davidbsmithpllc.com

      Re:    Discovery Production #1 Letter
             United States v. Couy Griffin; 1:21-CR-00092-TNM

Dear Counsel:

      I am writing to memorialize the production of the following materials in discovery:

**On USAFX:**

- 266H-AQ-3369565_0000001.pdf
- 266H-AQ-3369565_0000002.pdf
- 266H-AQ-3369565_0000002_1A0000001_0000001.pdf
- 266H-AQ-3369565_0000002_1A0000001_0000002.pdf
- 266H-AQ-3369565_0000003.pdf
- 266H-AQ-3369565_0000003_1A0000002_0000001.pdf
- 266H-AQ-3369565_0000003_1A0000002_0000002.pdf
- 266H-AQ-3369565_0000003_1A0000002_0000003.pdf
- 266H-AQ-3369565_0000004.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000001.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000002.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000003.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000004.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000005.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000006.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000007.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000008.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000009.pdf

1

- 266H-AQ-3369565_0000004_1A0000003_0000010.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000011.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000012.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000013.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000014.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000015.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000016.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000017.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000018.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000019.pdf
- 266H-AQ-3369565_0000004_1A0000003_0000020.pdf
- 266H-AQ-3369565_0000004_Import.pdf
- 266H-AQ-3369565_0000005.pdf
- 266H-AQ-3369565_0000005_1A0000004_0000001.mp4
- 266H-AQ-3369565_0000006.pdf
- 266H-AQ-3369565_0000006_1A0000005_0000001.png
- 266H-AQ-3369565_0000006_1A0000005_0000002.msg
- 266H-AQ-3369565_0000007.pdf
- 266H-AQ-3369565_0000007_Import.msg
- 266H-AQ-3369565_0000008.pdf
- 266H-AQ-3369565_0000008_1A0000006_0000001.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000002.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000003.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000004.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000005.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000006.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000007.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000008.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000009.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000010.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000011.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000012.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000013.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000014.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000015.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000016.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000017.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000018.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000019.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000020.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000021.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000022.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000023.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000024.MOV

- 266H-AQ-3369565_0000008_1A0000006_0000025.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000026.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000027.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000028.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000029.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000030.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000031.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000032.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000033.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000034.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000035.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000036.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000037.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000038.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000039.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000040.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000041.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000042.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000043.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000044.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000045.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000046.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000047.MOV
- 266H-AQ-3369565_0000008_1A0000006_0000048.mp4
- 266H-AQ-3369565_0000008_1A0000006_0000049.mp4
- 266H-AQ-3369565_0000008_1A0000006_0000050.mp4
- 266H-AQ-3369565_0000008_1A0000006_0000051.mp4
- 266H-AQ-3369565_0000008_1A0000006_0000052.mp4
- 266H-AQ-3369565_0000008_1A0000006_0000053.mp4
- 266H-AQ-3369565_0000008_1A0000006_0000054.mp4
- 266H-AQ-3369565_0000009.pdf
- 266H-AQ-3369565_0000010.pdf
- 266H-AQ-3369565_0000010_1A0000007_0000001.msg
- 266H-AQ-3369565_0000010_1A0000007_0000002.msg
- 266H-AQ-3369565_0000011.pdf
- 266H-AQ-3369565_0000011_1A0000008_0000001.mp4
- 266H-AQ-3369565_0000012.pdf
- 266H-AQ-3369565_0000013.pdf
- 266H-AQ-3369565_0000014.pdf
- 266H-AQ-3369565_0000015.pdf
- 266H-AQ-3369565_0000015_1A0000009_0000001.pdf
- 266H-AQ-3369565_0000016.pdf
- 266H-AQ-3369565_0000016_Import.msg
- 266H-AQ-3369565_0000017.pdf

- 266H-AQ-3369565_0000017_Import.msg
- 266H-AQ-3369565_0000018.pdf
- 266H-AQ-3369565_0000018_Import.msg
- 266H-AQ-3369565_0000019.pdf
- 266H-AQ-3369565_0000019_Import.msg
- 266H-AQ-3369565_0000020.pdf
- 266H-AQ-3369565_0000020_1A0000010_0000001.pdf
- 266H-AQ-3369565_0000020_Import.pdf
- 266H-AQ-3369565_0000021.pdf
- 266H-AQ-3369565_0000021_1A0004614_0000001.msg
- 266H-AQ-3369565_0000022.pdf
- 266H-AQ-3369565_0000022_1A0004612_0000001.json
- 266H-AQ-3369565_0000022_1A0004612_0000002.json
- 266H-AQ-3369565_0000022_1A0004612_0000003.json
- 266H-AQ-3369565_0000022_1A0004612_0000004.json
- 266H-AQ-3369565_0000022_Import.pdf
- 266H-AQ-3369565_0000023.pdf
- 266H-AQ-3369565_0000023_1A0000002_0000001.pdf
- 266H-AQ-3369565_0000024.pdf
- 266H-AQ-3369565_0000024_1A0000003_0000001.pdf
- 266H-AQ-3369565_0000025.pdf
- 266H-AQ-3369565_0000026.pdf
- 266H-AQ-3369565_0000026_1A0000004_0000001.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000002.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000003.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000004.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000005.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000006.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000007.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000008.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000009.jpg
- 266H-AQ-3369565_0000026_1A0000004_0000010.jpg
- 266H-AQ-3369565_0000027.pdf
- 266H-AQ-3369565_0000027_1A0000005_0000001.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000002.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000003.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000004.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000005.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000006.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000007.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000008.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000009.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000010.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000011.jpg

- 266H-AQ-3369565_0000027_1A0000005_0000012.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000013.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000014.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000015.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000016.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000017.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000018.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000019.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000020.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000021.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000022.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000023.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000024.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000025.jpg
- 266H-AQ-3369565_0000027_1A0000005_0000026.jpg
- 266H-AQ-3369565_0000028.pdf
- 266H-AQ-3369565_0000029.pdf
- 266H-AQ-3369565_0000029_1A0000006_0000001.pdf
- 266H-AQ-3369565_0000030.pdf
- 266H-AQ-3369565_0000031.pdf
- 266H-AQ-3369565_0000032.pdf
- 266H-AQ-3369565_0000032_1A0000007_0000001.pdf
- 266H-AQ-3369565_0000032_1A0000007_0000002.pdf
- 266H-AQ-3369565_0000032_1A0000007_0000003.pdf
- 266H-AQ-3369565_0000033.pdf
- 266H-AQ-3369565_0000033_1A0000008_0000001.pdf
- 266H-AQ-3369565_0000034.pdf
- 266H-AQ-3369565_0000034_1A0000011_0000001.pdf
- 266H-AQ-3369565_0000035.pdf
- 266H-AQ-3369565_0000035_Import.txt
- Manifest.xlsx
- Video of Interview with Couy Griffin

I will continue to provide you with ongoing discovery as appropriate, to include those files referenced in the statement of facts in support of the Indictment. We will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ /Janani Iyengar*

Amy E. Larson

Assistant United States Attorneys
Phone: (202) 252-7760
Email: JIyengar@usdoj.gov