UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) Case No. 1:21-cr-92 ) |
| COUY GRIFFIN, | ) **Judge Trevor N. McFadden** ) |
| Defendant. | ) ) ) |

**DEFENDANT GRIFFIN'S RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER**

Defendant Griffin, through his counsel, files this response to the government's motion for entry of a protective order. ECF No. 24.

As Griffin explained to the government before it filed its motion, he has no objection to the substance of the government's proposed protective order but requests that the government negotiate an omnibus sealing order pursuant to paragraph 4(d) of the protective order. ECF No. 24-1, p. 3. That paragraph currently provides that materials designated by the government as Sensitive or Highly Sensitive "shall be submitted under seal in accordance with Local Criminal Rule 49(f)(6)." *Id.* That Local Rule requires a party to file a motion seeking an order from the Court permitting the filing of a document under seal. LCrR 49(f)(6). Griffin noted to the government that, if it intends to designate many materials in this case as Sensitive or Highly Sensitive, it could become highly burdensome for the parties and Court to refer to those materials in their filings, as every filing will need to be preceded by a motion to seal.

Accordingly, Griffin noted that some of the Assistant U.S. Attorney's colleagues are negotiating omnibus motions to seal which would be filed at the same time as the protective order and would cover all following sealing requests made by the parties pursuant to the

1

protective order. That way, the parties would not need to file a motion to seal before filing every document containing Sensitive or Highly Sensitive material. Counsel for the government asked Griffin to provide a draft motion. However, Griffin explained that his counsel are waiting for an omnibus motion to seal draft from other AUSAs in the same office and said that it might make sense to see what was acceptable to the government first. Counsel are still waiting for the government's opinion about what form of motion would be acceptable to it. In any case, Griffin requests the entry of such an omnibus sealing order in this case.

Griffin attaches to this response his signed acceptance of the protective order.

Dated: April 23, 2021     Respectfully submitted,

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Appointed by the Court*

Nicholas D. Smith, VA Bar No. 79745
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 722-1096
nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 23rd day of April, 2021, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

JANANI IYENGAR
Assistant United States Attorney
555 4th Street, N.W., Room 4408

      Washington, D.C. 20530
      (202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

      /s/ David B. Smith
      David B. Smith, VA Bar No. 25930
      David B. Smith, PLLC
      108 North Alfred Street, 1st FL
      Alexandria, Virginia 22314
      (703) 548-8911 / Fax (703) 548-8935
      dbs@davidbsmithpllc.com
      *Appointed by the Court*