UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) ) |
| v. | ) Case No. 1:21-cr-92 ) |
| COUY GRIFFIN, | ) **Judge Trevor N. McFadden** ) |
| Defendant. | ) ) ) |

**DEFENDANT GRIFFIN'S NOTICE OF GOVERNMENT'S INCONSISTENT RESTRICTED AREA POSITION IN *UNITED STATES v. CHRISTOPHER KELLY***

Defendant Griffin, through his counsel, files this notice of the government's dismissal of charges under 18 U.S.C. § 1752 in *United States v. Christopher Kelly*, 21-mj-128 (D.D.C. 2021).

The defendant in that case was charged under § 1752 for allegedly entering the Capitol Building on January 6, a "restricted building." 21-mj-128, ECF No. 1-1.  Today, the government moved to dismiss that charge on the ground that it "serves the interests of justice." 21-mj-128, ECF No. 14.

A law enforcement official subsequently informed the news media of the reason for the dismissal of the charge.  "Since [Kelly] was not inside [the Capitol Building], in the interest of consistency in the investigation, the charges were dropped," the law enforcement official said. *Feds move to drop charges for Capitol riot defendant*, Politico, June 1, 2021, available at: https://www.politico.com/news/2021/06/01/feds-capitol-riot-defendant-491514.

Since this development followed briefing on Griffin's motion to dismiss, Griffin respectfully requests that the Court take it into account in considering his arguments concerning arbitrary enforcement of § 1752, in light of the government's concession that Griffin did not enter the Capitol Building.

1

Dated: June 1, 2021 Respectfully submitted,

**DAVID B. SMITH, PLLC**

<u>*/s/ David B. Smith*</u>
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 722-1096
nds@davidbsmithpllc.com

*Attorneys for Couy Griffin*

**Certificate of Service**

I hereby certify that on the 1st day of June, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>JANANI IYENGAR
>Assistant United States Attorney
>555 4th Street, N.W., Room 4408
>Washington, D.C. 20530
>(202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>/s/ David B. Smith
>David B. Smith, VA Bar No. 25930
>David B. Smith, PLLC
>108 North Alfred Street, 1st FL
>Alexandria, Virginia 22314
>(703) 548-8911 / Fax (703) 548-8935
>dbs@davidbsmithpllc.com
>*Appointed by the Court*