# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-92 |
| | ) |
| COUY GRIFFIN, | ) **Judge Trevor N. McFadden** |
| | ) |
| Defendant. | ) |

## DEFENDANT GRIFFIN'S NOTICE OF INFORMATION INCORRECTLY STATED DURING HEARING ON JUNE 30, 2021

Defendant Griffin, through his counsel, files this notice to correct counsel's misstatement during the oral hearing on June 30, 2021 concerning Griffin's motion to dismiss the Amended Information.

In the hearing, the Court drew a distinction between the hundreds of protestors arrested during the confirmation hearings of Justice Kavanaugh and the January 6 protestors. The Court suggested that the government might not have charged the former category of protestors who intruded into Congress under 18 U.S.C. § 1752 because, unlike on January 6, Secret Service protectees were not present during the Justice's confirmation hearings. Counsel responded that the Court was probably right.

Counsel was incorrect. Vice President Mike Pence was present during the disorder and disruption of Congress caused by protestors invading the Capitol Building in the middle of the Justice's confirmation hearings. *Kavanaugh is sworn in after close confirmation vote in Senate*, N.Y. Times, Oct. 6, 2019, available at: https://www.nytimes.com/2018/10/06/us/politics/brett-kavanaugh-supreme-court.html. As a report described it at the time, "Saturday's vote reflected that fury, with the Capitol Police dragging screaming demonstrators out of the [Senate] gallery as

Vice President Mike Pence, presiding in his role as president of the Senate, calmly tried to restore order.  'This is a stain on American history!' one woman cried, as the vote wrapped up. 'Do you understand that?'" Counsel is grateful for the Court's consideration of this obvious charging discrepancy between the two events, which can only be accounted for because of politics and not the law.

Dated: June 30, 2021                                Respectfully submitted,

**DAVID B. SMITH, PLLC**

*/s/ David B. Smith*
David B. Smith (D.C. Bar No. 403068)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith (D.C. Bar No. 1029802)
7 East 20th Street
New York, NY 10003
Phone: (917) 722-1096
nds@davidbsmithpllc.com

*Attorneys for Couy Griffin*

**Certificate of Service**

I hereby certify that on the 30th day of June, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>JANANI IYENGAR
>Assistant United States Attorney
>555 4th Street, N.W., Room 4408
>Washington, D.C. 20530
>(202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>/s/ David B. Smith
>David B. Smith, VA Bar No. 25930
>David B. Smith, PLLC
>108 North Alfred Street, 1st FL
>Alexandria, Virginia 22314
>(703) 548-8911 / Fax (703) 548-8935
>dbs@davidbsmithpllc.com
>*Appointed by the Court*