UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-92 <br> ) |
| COUY GRIFFIN, | ) **Judge Trevor N. McFadden** <br> ) |
| Defendant. | ) <br> ) <br> ) |

**DEFENDANT GRIFFIN'S SECOND NOTICE OF INFORMATION INCORRECTLY STATED DURING HEARING ON JUNE 30, 2021**

Defendant Griffin, through his counsel, files this second notice to correct counsel's misstatement during the oral hearing on June 30, 2021 concerning Griffin's motion to dismiss the Amended Information.

In the hearing, the Court drew a distinction between the hundreds of protestors arrested during the confirmation hearings of Justice Kavanaugh and the January 6 protestors. The Court suggested that the government might not have charged the former category of protestors who intruded into Congress under 18 U.S.C. § 1752 because, unlike on January 6, Secret Service protectees were not present during the Justice's confirmation hearings. Counsel responded that the Court was probably right.

As Griffin indicated in a notice filed shortly before this one, Vice President Mike Pence was present during the disorder and disruption of Congress caused by protestors invading the Capitol Building in the middle of the Justice's confirmation hearings. *Kavanaugh is sworn in after close confirmation vote in Senate*, N.Y. Times, Oct. 6, 2019, available at: https://www.nytimes.com/2018/10/06/us/politics/brett-kavanaugh-supreme-court.html. Griffin files this second notice to show the Court that, as many press reports indicated at the time,

1

hundreds of protestors "broke through Capitol Police barricades" before "storming" the Capitol Building during the Justice Kavanaugh confirmation hearings, when Vice President Mike Pence, a Secret Service protectee was present.  *Kavanaugh protestors ignore Capitol barricades ahead of Saturday vote*, Roll Call, Oct. 6, 2018, available at:

https://www.rollcall.com/2018/10/06/kavanaugh-protesters-ignore-capitol-barricades-ahead-of-saturday-vote/.  Pictures of the Justice Kavanaugh protestors on the Capitol steps are widely available.  One shows protestors standing in the "restricted area" the government alleges Griffin "illegally entered":



Roll Call, Oct. 6, 2018.

As mentioned during the hearing on June 30, none of these protestors was charged with an offense under § 1752, notwithstanding the Vice President's presence and notwithstanding the protestors' "storming" of Capitol Police barricades.  That is not because the government had misconstrued § 1752 until January 7.

2

Dated: June 30, 2021                         Respectfully submitted,

                                            **DAVID B. SMITH, PLLC**

                                            */s/ David B. Smith*
                                            David B. Smith (D.C. Bar No. 403068)
                                            108 N. Alfred St.
                                            Alexandria, VA 22314
                                            Phone:(703)548-8911
                                            Fax:(703)548-8935
                                            dbs@davidbsmithpllc.com

                                            Nicholas D. Smith (D.C. Bar No. 1029802)
                                            7 East 20th Street
                                            New York, NY 10003
                                            Phone: (917) 722-1096
                                            nds@davidbsmithpllc.com

                                            *Attorneys for Couy Griffin*

## Certificate of Service

I hereby certify that on the 30th day of June, 2021, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

> JANANI IYENGAR
> Assistant United States Attorney
> 555 4th Street, N.W., Room 4408
> Washington, D.C. 20530
> (202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

> /s/ David B. Smith
> David B. Smith, VA Bar No. 25930
> David B. Smith, PLLC
> 108 North Alfred Street, 1st FL
> Alexandria, Virginia 22314
> (703) 548-8911 / Fax (703) 548-8935
> dbs@davidbsmithpllc.com
> *Appointed by the Court*