UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) Case No. 1:21-cr-92-TNM <br> ) |
| COUY GRIFFIN, | ) <br> ) |
| Defendant. | ) <br> ) |

**GRIFFIN'S MOTION FOR RULE 17(b), (d) TRIAL SUBPOENA ISSUANCE**

Defendant Griffin, through his counsel, moves the Court to order that the trial subpoena attached to this motion be issued pursuant to Rule 17(b), providing for the witness's costs and attendance fees, and that it be served on the witness by the U.S. Marshals. Fed. R. Crim. P. 17(d).

A one-day bench trial is scheduled for March 21. The Court recently denied the government's motion in limine to bar a defendant from cross-examining a prospective U.S. Secret Service (USSS) witness as to whether the vice president was present in the Capitol Building or Capitol Grounds on January 6 when the defendant entered or remained in either of those places. *United States v. Rodean*, 21-cr-57, ECF No. 36 (D.D.C. 2021). Defendant Griffin subsequently inquired with the government whether it still intended to call a USSS witness in his trial.

The government responded that it would not "commit one way or the other." Griffin therefore inquired whether the government will make available to the defense a USSS witness with knowledge regarding the vice president's presence on January 6. He explained that if the government itself decides not to call such a witness, Griffin would still require their testimony.

1

Griffin further asked for identification information for such a witness so he or she could be served with a Rule 17 trial subpoena and to ensure that Griffin fully complies with the U.S. Department of Homeland Security regulations set forth in 6 C.F.R. § 5.45 and with *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).  He also inquired whether the government would be willing to stipulate that the vice president was not present in the Capitol Building after 2:28 p.m., in lieu of USSS witness testimony.

The government would not agree to provide identification information for a USSS witness with the relevant knowledge and would not agree to stipulate that the vice president was not present in the Capitol Building after 2:28 p.m.



It is undisputed that Griffin entered the "restricted area" on January 6 at no point before 2:31 p.m.  ECF No. 175, p. 5.  Because the witness appears to have knowledge whether the vice president was present in the Capitol Building after 2:28 p.m., Griffin, in forma pauperis, moves

2

the Court to order that the trial subpoena attached to this motion be issued pursuant to Rule 17(b), providing for the witness's costs and attendance fees.  Exh. 2[1]; Fed. R. Crim. P. 17(b). In addition, Griffin moves the Court to direct that the Marshals serve the subpoena on the witness.  Fed. R. Crim. P. 17(d).  If this Court determines that Griffin has not made a sufficient showing of need for a Rule 17(b) subpoena, he moves the Court to order the government to promptly provide identification information for a USSS witness with knowledge sufficient to address whether the vice president was present in the Capitol Building after 2:28 p.m.

Dated: February 16, 2022                                   Respectfully submitted,

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Appointed by the Court*

Nicholas D. Smith, VA Bar No. 79745
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

**Certificate of Service**

I hereby certify that on the 16th day of February, 2022, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>JANANI IYENGAR
>Assistant United States Attorney
>555 4th Street, N.W., Room 4408

---

[1] Exhibits 1 and 2 are submitted under seal directly to chambers.

Washington, D.C. 20530
(202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

4