Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

United States
vs.
Couy Griffin

Civil/Criminal No. 21-cr-92

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Capitol Photo | 3-21-2022 | 3-21-2022 | John Erickson | |
| 2 | Capitol Photo with Restricted Area Perimeter | 3-21-2022 | 3-21-2022 | John Erickson, Lanelle Hawa | |
| 3 | Capitol Photo of West Front | 3-21-2022 | 3-21-2022 | John Erickson | |
| 4 | Photo of Signs | 3-21-2022 | 3-21-2022 | John Erickson | |
| 5 | Photo of Signs on Racks | 3-21-2022 | 3-21-2022 | John Erickson | |
| 6 | USSS Email | 3-21-2022 | 3-21-2022 | Lanelle Hawa | |
| 7 | Blank | | | | |
| 8 | Blank | | | | |
| 9 | Blank | | | | |
| 10 | Video File IMG_9629 | 3-21-2022 | 3-21-2022 | Matthew Struck | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10-1 | Video file IMG_9629 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 11 | Video file IMG_9630 | 3-21-2022 | 3-21-2022 | | |
| 11-1 | Video file IMG_9630 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 12 | Video file IMG_9631 | 3-21-2022 | 3-21-2022 | | |
| 12-1 | Video file IMG_9631 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 13 | Video file IMG_9632 | 3-21-2022 | 3-21-2022 | | |
| 13-1 | Video file IMG_9632 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 13A | Transcript of video file IMG_9632 | | | | |
| 14 | Video file IMG_9633 | 3-21-2022 | 3-21-2022 | | |
| 14-1 | Video file IMG_9633 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 15 | Video file IMG_9634 | 3-21-2022 | 3-21-2022 | John Erickson | |
| 15-1 | Video file IMG_9634 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 16 | Video file IMG_9635 | 3-21-2022 | 3-21-2022 | | |
| 16-1 | Video file IMG_9635 with timestamp | 3-21-2022 | 3-21-2022 | | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Video file IMG_9636 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 17-1 | Video file IMG_9636 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 17A | Transcript of video file IMG_9636 | | | | |
| 18 | Video file IMG_9637 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 18-1 | Video file IMG_9637 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 18A | Transcript of video file IMG_9637 | | | | |
| 19 | Video file IMG_9638 | 3-21-2022 | 3-21-2022 | | |
| 19-1 | Video File IMG_9638 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 19A | Transcript of video file IMG_9638 | | | | |
| 20 | Video file IMG_9639 | 3-21-2022 | 3-21-2022 | | |
| 20-1 | Video file IMG_9639 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 21 | Video file IMG_9640 | 3-21-2022 | 3-21-2022 | | |
| 21-1 | Video file IMG_9640 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 22 | Video file IMG_9641 | 3-21-2022 | 3-21-2022 | | |
| 22-1 | Video file IMG_9641 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 23 | Video file IMG_9642 | 3-21-2022 | 3-21-2022 | | |
| 23-1 | Video file IMG_9642 | 3-21-2022 | 3-21-2022 | | |
| 24 | Video file IMG_9643 | 3-21-2022 | 3-21-2022 | | |

| | | | | | |
|---|---|---|---|---|---|
| 24-1 | Video file IMG_9643 with timestamp | 3-21-2022 | 3-21-2022 | | |
| 25 | Video file IMG_9644 | " | " | John Erickson | |
| 25-1 | Video file IMG_9644 with timestamp | " | | | |
| 26 | Video file IMG_9645 | " | " | | |
| 26-1 | Video file IMG_9645 with timestamp | " | " | | |
| 26A | Transcript of video file IMG_9645 | | | | |
| 27 | Video file IMG_9646 | " | " | | |
| 27-1 | Video file IMG_9646 with timestamp | " | " | | |
| 27A | Transcript of Video file IMG_9646 | | | | |
| 28 | Video file IMG_9647 | " | " | | |
| 28-1 | Video file IMG_9647 with timestamp | " | " | | |
| 29 | Video file IMG_9648 | " | " | | |
| 29-1 | Video file IMG_9648 with timestamp | " | " | | |
| 29A | Transcript of Video file IMG_9648 | | | | |
| 30 | Video file IMG_9649 | " | " | Matthew Struck | |
| 30-1 | Video file IMG_9649 with timestamp | " | " | | |
| 30-2 | Still Shot of IMG_9649 | | | | |
| 30A | Transcript of video file IMG_9649 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 31 | Video file IMG_9650 | 3-21-2022 | 3-21-2022 | | |
| 31-1 | Video file IMG_9650 with timestamp | `` | `` | | |
| 32 | Video file IMG_9651 | `` | `` | | |
| 32-1 | Video file IMG_9651 with timestamp | `` | `` | | |
| 33 | Video file IMG_9652 | `` | `` | Matthew Struck John Erickson | |
| 33-1 | Video file IMG_9652 with timestamp | 3-21-2022 | 3-21-2022 | John Erickson | |
| 33-2 | Still Shot of Video File IMG_9652 | | | | |
| 33A | Transcript of video file IMG_9652 | | | | |
| 34 | Video file IMG_9653 | `` | `` | | |
| 34-1 | Video file IMG_9653 with timestamp | 3-21-2022 | 3-21-2022 | John Erickson | |
| 34A | Transcript of video file IMG_9653 | | | | |
| 35 | Video file IMG_9654 | `` | `` | | |
| 35-1 | Video file IMG_9654 | `` | `` | | |
| 36 | Video file IMG_9655 | `` | `` | | |
| 36-1 | Video file IMG_9655 with timestamp | `` | `` | | |
| 36A | Transcript of video file IMG_9655 | | | | |
| 37 | Video file IMG_9656 | `` | `` | Matthew Struck | |
| 37-1 | Video file IMG_9656 with timestamp | 3-21-2022 | 3-21-2022 | Matthew Struck John Erickson | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 37A | Transcript of Video file IMG_9656 (Part 1) | | | | |
| 38A | Transcript of Video File IMG_9656 (Part 2) | | | | |
| 39 | Video file IMG_9657 | " | " | | |
| 39-1 | Video file IMG_9657 with timestamp | " | " | | |
| 39A | Transcript of video file IMG_9657 | | | | |
| 40 | Video file IMG_9658 | " | " | Matthew Struck | |
| 40-1 | Video file IMG_9658 with timestamp | " | " | | |
| 40A | Transcript of Video file IMG_9658 | | | | |
| 41 | Video file IMG_9659 | " | " | | |
| 41-1 | Video file IMG_9659 with timestamp | " | " | | |
| 41A | Transcript of video file IMG_9659 | | | | |
| 42 | Video file IMG_9660 | " | " | | |
| 42-1 | Video file IMG_9660 with timestamp | 3-21-2021 | 3-21-2021 | John Erickson | |
| 43 | Video file IMG_9661 | " | " | Matthew Struck | |
| 43-1 | Video file IMG_9661 with timestamp | " | " | | |
| 43A | Transcript of video file IMG_9661 | | | | |
| 44 | Video file IMG_9662 | " | " | | |
| 44-1 | Video file IMG_9662 with timestamp | 3-21-2022 | 3-21-2022 | Matthew Struck | |

| | | | | | |
|---|---|---|---|---|---|
| 44A | Transcript of video file IMG_9662 | | | | |
| 45 | Video file IMG_9663 | \\ | \\ | | |
| 45-1 | Video file IMG_9663 with timestamp | \\ | \\ | | |
| 45A | Transcript of video file IMG_9663 | | | | |
| 46 | Video file IMG_9665 | \\ | \\ | | |
| 46-1 | Video file IMG_9665 with timestamp | \\ | \\ | | |
| 47 | Video file IMG_9666 | \\ | \\ | | |
| 47-1 | Video file IMG_9666 with timestamp | \\ | \\ | | |
| 48 | Video file IMG_9667 | \\ | \\ | | |
| 48-1 | Video file IMG_9667 with timestamp | \\ | \\ | | |
| 49 | Video file IMG_9668 | \\ | \\ | | |
| 49-1 | Video file IMG_9668 | \\ | \\ | | |
| 50 | Video file IMG_9669 | \\ | \\ | | |
| 50-1 | Video file IMG_9669 with timestamp | \\ | \\ | | |
| 51 | Video file IMG_9670 | \\ | \\ | | |
| 51-1 | Video file IMG_9670 with timestamp | \\ | \\ | | |
| 52 | Video file IMG_9671 | \\ | \\ | | |
| 52-1 | Video file IMG_9671 with timestamp | \\ | \\ | | |

| | | | | | |
|---|---|---|---|---|---|
| 53 | Video file IMG_9672 | `\` | `\` | | |
| 53-1 | Video file IMG_9672 with timestamp | `\` | `\` | | |
| 54 | Video file IMG_9673 | `\` | `\` | | |
| 54-1 | Video file IMG_9673 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 54A | Transcript of video file IMG_9673 | | | | |
| 55 | Video file IMG_9674 | `\` | `\` | | |
| 55-1 | Video file IMG_9674 with timestamp | `\` | `\` | | |
| 56 | Video file IMG_9675 | `\` | `\` | | |
| 56-1 | Video file IMG_9675 | `\` | `\` | | |
| 56A | Transcript of Video file IMG_9675 | | | | |
| 57 | Video file IMG_9676 | `\` | `\` | Matthew Struck | |
| 57-1 | Video file IMG_9676 | `\` | `\` | | |
| 57A | Transcript of Video file IMG_9676 | | | | |
| 58 | Video file IMG_9677 | `\` | `\` | | |
| 58-1 | Video file IMG_9677 with timestamp | `\` | `\` | | |
| 59 | Video file IMG_9678 | `\` | `\` | | |
| 59-1 | Video file IMG_9678 with timestamp | `\` | `\` | | |
| 60 | Video file IMG_9679 | `\` | `\` | | |

| | | | | | |
|---|---|---|---|---|---|
| 60-1 | Video file IMG_9679 | " | " | | |
| 60A | Transcript of video file IMG_9679 | | | | |
| 61 | Video file IMG_9680 | " | " | | |
| 61-1 | Video file IMG_9680 with timestamp | " | " | | |
| 62 | Video file IMG_9681 | " | " | | |
| 62-1 | Video file IMG_9681 with timestamp | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 62A | Transcript of Video file IMG_9681 | | | | |
| 63 | Video from January 5, 2021 | 3-21-22 | 3-21-22 | Matthew Struck John Erickson | |
| 64 | Video from January 7, 2021 | 3-21-22 | 3-21-22 | Matthew Struck | |
| 65 | Video file IMG_9564 | | | | |
| 66 | Video file IMG_9607 | | | | |
| 67 | Video file IMG_9682 | 3-21-22 | 3-21-22 | Matthew Struck | |
| 68 | Video file IMG_9683 | 3-21-22 | 3-21-22 | Matthew Struck | |
| 69 | Video file IMG_9698 | | | | |
| 70 | House Video Certification | 3-21-22 | 3-21-22 | — | |
| 71 | Senate Video Certification | 3-21-22 | 3-21-22 | — | |
| 72 | Official Proceeding Video | 3-21-2022 | 3-21-2022 | — | |
| 73 | Video of Capitol Breach | 3-21-2022 | 3-21-2022 | John Erickson | |

| | | | | | |
|---|---|---|---|---|---|
| 74 | USCP CCTV Footage | 3-21-2022 | 3-21-2022 | John Erickson | |
| 75 | Footage of the Vice President's Evacuation | 3-21-2022 | 3-21-2022 | John Erickson Lanelle Hava | |
| 76 | Footage of Vice President's Motorcade | 3-21-2022 | 3-21-2022 | Lanelle Hava | |
| 77 | Compilation of Exhibits 10-1 through Exhibit 62-1 | | | | |
| 78 | Otero County Special Meeting January 14, 2021 | 3-21-2022 | 3-21-2022 | — | |
| 78A | Transcript of Otero County Special Meeting January 14, 2021 | | | | |
| 100 | Stipulation Regarding Electoral College | 3-21-22 | 3-21-22 | — | |
| 101 | Stipulation About Commission Meeting | 3-21-22 | 3-21-22 | — | |
| 102 | Congressional Record-Senate | 3-21-22 | 3-21-22 | — | |
| 103 | Congressional Record-House | 3-21-22 | 3-21-22 | — | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |