Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States
VS.
Couy Griffin

Civil/Criminal No. 21-cr-92

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | IMG_9635   Gov 16 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 1A | Transcription of IMG_9635 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 2 | 1/7/21 Video, Roanoke Interview   Gov 64 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 3 | IMG_9709 | 3-21-2022 | — | Matthew Struck | |
| 4 | IMG_9649   Gov 30 | 3-21-2022 | 3-21-2022 | Matthew Struck, John Erickson, Lanelle Hawa | |
| 5 | IMG_9644   Gov 25 | 3-21-2022 | 3-21-2022 | Matthew Struck, Lanelle Hawa | |
| 6 | IMG_9645   Gov 26 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 7 | Struck Metadata Screenshot | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 8 | Struck Metadata Apple Data | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 9 | IMG_9673   Gov 54 | 3-21-2022 | 3-21-2022 | Matthew Struck | |

| | | |
|---|---|---|
| Government | ☐ | United States |
| Plaintiff | ☐ | VS. |
| Defendant | ☑ | |
| Joint | ☐ | Couy Griffin |
| Court | ☐ | |

Civil/Criminal No. 21-cr-92

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10 | IMG_9679  Gov 60 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 11 | IMG_9681  Gov 62 | 3-21-2022 | 3-21-2022 | Matthew Struck | |
| 12 | Mike Pence Communication | | | | |
| 13 | Screenshot of Betrayal | | | | |
| 14 | James Declaration | 3-21-2022 | — | John Erickson | |
| 15 | Screenshot of I Alone Can Fix It | | | | |
| 16 | Griffin Complaint | | | | |
| 17 | IMG_9634  Gov 15 | 3-21-22 | 3-21-2022 | Matthew Struck  Lanelle Hawa | |
| 18 | IMG_9652  Gov 33 | 3-21-22 | 3-21-2022 | Lanelle Hawa | |
| 19 | Capitol Complex Definition | | | | |

| Government | ☐ | United States | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 21-cr-92 |
| Defendant | ✔ | | | | | |
| Joint | ☐ | Couy Griffin | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 20 | FD-1057, Metadata Analysis | | | | |
| 21 | Griffin Publication of 9652 | | | | |
| 22 | Metadata sheet, 9629 | | | | |
| 23 | Metadata sheet, 9652 | | | | |
| 24 | AUSA email, 3/11/22 | | | | |
| 25 | 1/11/21 302 memorandum | | | | |
| 26 | 1/16/21 302 memorandum | | | | |
| 27 | Cessna 302 | | | | |
| 28 | IMG_9587 | 3-21-2022 | 3-21-2022 | Matthew Struck Lanelle Hawa | |
| 29 | Gabriel email 3/20/22 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | | United States | | | |
| Plaintiff ☐ | | VS. | | Civil/Criminal No. 21-cr-92 | |
| Defendant ☑ | | | | | |
| Joint ☐ | | Couy Griffin | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 30 | Struck Dropbox screenshot | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |