**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-0092 (TNM)** |
| **v.** : | |
| : | |
| **COUY GRIFFIN,** : | |
| : | |
| **Defendant.** : | |

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO**
**GOVERNMENT'S SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to supplement its sentencing memorandum. ECF No. 112. On June 16, 2022, the government received the attached letter and exhibits from the New Mexico Office of the Secretary of State. *See* Attachments A and B. These attachments constitute a criminal referral made by that office to the New Mexico Attorney General on June 15, 2022 regarding the defendant, Couy Griffin. The government requests the attached exhibits be made part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:    /s/ *Janani Iyengar*
JANANI IYENGAR
NY Bar No. 5225990
KIMBERLY PASCHALL
D.C. Bar No. 1015665
Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW
Washington, D.C.
Office: 202-252-7760
Janani.iyengar@usdoj.gov

1