UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-92-TNM |
|  | ) |
| COUY GRIFFIN, | ) |
|  | ) |
| Defendant. | ) |

**NOTICE OF COUNSEL'S RESPONSE TO GRIFFIN SOCIAL MEDIA COMMENTARY**

Griffin's counsel files this notice in connection with the Defendant's Tweets referenced in the government's sentencing submission. ECF No. 112, p. 7. Counsel must candidly acknowledge that, on account of a busy workweek, he must have overlooked a part of the government's submission before the hearing on June 17. As a result, at no point prior to the hearing did counsel see Griffin's Tweet referencing the Judge.[1] Neither Griffin nor anyone else brought it to counsel's attention. Counsel does not share the sentiment in that Tweet, nor did he discuss those thoughts with Griffin at any point in his representation. Had counsel learned about the communication earlier, he would have directed Griffin to withdraw the Tweet.

Dated: June 21, 2022                                             Respectfully submitted,

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com
*Appointed by the Court*

---

[1] Counsel now sees that the Tweet is referenced at the bottom of the seventy-seventh paragraph of the PSR. He did review the PSR but missed this particular quotation or its significance.

1

Nicholas D. Smith, VA Bar No. 79745
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869
nds@davidbsmithpllc.com

## Certificate of Service

I hereby certify that on the 21st day of June, 2022, I filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

JANANI IYENGAR
Assistant United States Attorney
555 4th Street, N.W., Room 4408
Washington, D.C. 20530
(202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, VA Bar No. 25930
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com