UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Case No. 1:21-cr-92-TNM |
|  | ) |
| COUY GRIFFIN, | ) |
|  | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel move the Court to withdraw as counsel for the following reasons. Counsel were appointed by the Court. 2/02/2021 Minute Order. Defendant Griffin intends to appeal the judgment in this case entered on June 17. However, his counsel do not have the capacity to handle the Defendant's appeal and counsel and the Defendant have disagreements on certain issues pertaining to the case. The undersigned therefore request permission to withdraw from the case. Defendant Griffin requests that new court-appointed counsel be assigned to him for his appeal.

Dated: June 27, 2022                                    Respectfully submitted,

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com

Nicholas D. Smith, VA Bar No. 79745
David B. Smith, PLLC
7 East 20th Street, Suite 4R
New York, NY 10003
(917) 902-3869

nds@davidbsmithpllc.com

*Court-appointed counsel to Couy Griffin*

**Certificate of Service**

I hereby certify that on the 27th day of June, 2022, I filed the foregoing filing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

    JANANI IYENGAR
    Assistant United States Attorney
    555 4th Street, N.W., Room 4408
    Washington, D.C. 20530
    (202) 252-7846

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ David B. Smith
David B. Smith, D.C. Bar No. 403068
David B. Smith, PLLC
108 North Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 548-8911 / Fax (703) 548-8935
dbs@davidbsmithpllc.com