# United States District Court for the District of Columbia

UNITED STATES OF AMERICA   )
)
vs.   )   Criminal No. __21-cr-92__
)
Couy Griffin   )

## NOTICE OF APPEAL

Name and address of appellant:   Couy Griffin
52 Dusty Lane
Tularosa, NM 88352

Name and address of appellant's attorney:   [Needs court-appointed counsel]

Offense:   18 U.S.C. s. 1752(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Judgment, entered June 17, 2022

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

6/27/2022                             /s/ Couy Griffin
DATE                                  APPELLANT   *Nicholas Smith*
                                      ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE   [✔]
PAID USDC FEE   [ ]
PAID USCA FEE   [ ]

Does counsel wish to appear on appeal?                          YES [ ]   NO [✔]
Has counsel ordered transcripts?                                YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES [ ]   NO [✔]