APPEAL,CAP,CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00092–TNM</u>–1

Case title: USA v. GRIFFIN

Magistrate judge case number:  1:21–mj–00092–ZMF

Date Filed: 02/08/2021

Assigned to: Judge Trevor N. McFadden

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **COUY GRIFFIN** | represented by | **David Benjamin Smith** |

DAVID B. SMITH, PLLC
108 North Alfred Street
1st Floor
Alexandria, VA 22314
(703) 548–8911
Fax: (703) 548–8935
Email: dbs@davidbsmithpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas D. Smith**
DAVID B. SMITH, PLLC
7 East 20th Street
Suite 4r
New York, NY 10003
(917) 902–3869
Email: nds@davidbsmithpllc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building (1) | VERDICT OF GUILTY RENDERED. Defendant sentenced to a term of Fourteen (14) Days of Incarceration, with credit for time served, followed by a term of Twelve (12) Months of Supervised Release. A $25.00 Special Assessment and a $3,000.00 Fine imposed. Restitution in the amount of $500.00.<br><br>VERDICT OF NOT GUILTY RENDERED |

1

18:1752(a)(2); TEMPORARY
RESIDENCE OF THE
PRESIDENT; Disorderly and
Disruptive Conduct in a
Restricted Building
(2)

**Highest Offense Level
(Opening)**

Petty Offense

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| COMPLAINT in Violation of 18:1752(a)(1). | |

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **Emily A. Miller** |
| | | U.S. ATTORNEY'S OFFICE OF THE DISTRICT OF COLUMBIA |
| | | Fraud & Public Corruption |
| | | 555 4th Street, NW |
| | | Suite 5836 |
| | | Washington, DC 20530 |
| | | (202) 252–6988 |
| | | Fax: (202) 353–9415 |
| | | Email: emily.miller2@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant U.S. Attorney* |
| | | |
| | | **Janani Iyengar** |
| | | U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA |
| | | Criminal Division |
| | | 555 4th Street NW |
| | | Washington, DC 20530 |
| | | (202) 252–7760 |
| | | Email: janani.iyengar@usdoj.gov |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberly Louise Paschall**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252–2650
Email: kimberly.paschall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/16/2021 | 1 | | COMPLAINT as to COUY GRIFFIN (1). (Attachments: # 1 Statement of Facts) (zhsj) [1:21–mj–00092–ZMF] (Entered: 01/18/2021) |
| 01/19/2021 | 3 | | MOTION for Bond *Motion for Pre–Trial Detention* by USA as to COUY GRIFFIN. (Iyengar, Janani) [1:21–mj–00092–ZMF] (Entered: 01/19/2021) |
| 01/19/2021 | | | Arrest of COUY GRIFFIN. (ztl) [1:21–mj–00092–ZMF] (Entered: 01/21/2021) |
| 01/21/2021 | 4 | | Arrest Warrant Returned Executed on 1/21/2021 as to COUY GRIFFIN. (ztl) [1:21–mj–00092–ZMF] (Entered: 01/21/2021) |
| 01/21/2021 | | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Status Conference as to COUY GRIFFIN held on 1/21/2021. Case called for Initial Appearance/Detention Hearing but not held. Defendant present by telephone. CJA David Smith appeared to represent defendant. Due to reasons on the record defendant did not stay on the phone for hearing. Recess at 3:48 and continued at 4:30 pm. Case recalled at 4:40 pm and hearing continued for 10 days. Detention Hearing/Initial Appearance set for 2/1/2021 at 2:30 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain Held Without Bond; Court Reporter: Bryan Wayne; Defense Attorney: David Smith; US Attorney: Janani Iyengar; Pretrial Officer: Christine Schuck. (ztl) [1:21–mj–00092–ZMF] (Entered: 01/21/2021) |
| 01/27/2021 | 5 | | Memorandum in Opposition by COUY GRIFFIN re 3 MOTION for Bond *Motion for Pre–Trial Detention* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Smith, David) [1:21–mj–00092–ZMF] (Entered: 01/27/2021) |
| 01/27/2021 | | | Set/Reset Hearings as to COUY GRIFFIN: Initial Appearance/Detention Hearing set for 2/1/2021 at 3:15 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (ztl) [1:21–mj–00092–ZMF] (Entered: 01/27/2021) |
| 01/29/2021 | 6 | | MINUTE ORDER: as to COUY GRIFFIN. Signed by Magistrate Judge Zia M. Faruqui on 1/29/2021. (ztl) [1:21–mj–00092–ZMF] (Entered: 01/29/2021) |
| 02/01/2021 | | | ORAL MOTION to Appoint Counsel by COUY GRIFFIN. (ztl) [1:21–mj–00092–ZMF] (Entered: 02/04/2021) |
| 02/01/2021 | | | |

| | | | |
|---|---|---|---|
| | | | ORAL MOTION for Immediate Detention Hearing by USA as to COUY GRIFFIN. (ztl) [1:21−mj−00092−ZMF] (Entered: 02/04/2021) |
| 02/01/2021 | | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to COUY GRIFFIN. (ztl) [1:21−mj−00092−ZMF] (Entered: 02/04/2021) |
| 02/01/2021 | | | ORAL MOTION for Release from Custody by COUY GRIFFIN. (ztl) [1:21−mj−00092−ZMF] (Entered: 02/04/2021) |
| 02/01/2021 | | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance/Detention Hearing as to COUY GRIFFIN held on 2/1/2021. Defendant present by video. Due Process Order given to the Government. Oral Motion to Appoint Counsel by COUY GRIFFIN (1); heard and granted. Oral Motion by the Government for Immediate Detention Hearing as to COUY GRIFFIN (1); heard and granted. Oral Motion by the Government to Commit Defendant to Custody of Attorney General as to COUY GRIFFIN (1); heard and granted. Oral Motion for Release from Custody by COUY GRIFFIN (1); heard and denied. Preliminary Hearing/Status Hearing set for 2/8/2021 at 1:30 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Lisa Edwards; Defense Attorney: David Smith and Nicholas Smith; US Attorney: Janani Iyengar; Pretrial Officer: Christine Schuck. (ztl) [1:21−mj−00092−ZMF] (Entered: 02/04/2021) |
| 02/02/2021 | 7 | | TRANSCRIPT OF INITIAL APPEARANCE/DETENTION HEARING CONDUCTED VIA ZOOM in case as to COUY GRIFFIN before Magistrate Judge Zia M. Faruqui held on February 1, 2021; Page Numbers: 1−64. Date of Issuance :February 2, 2021. Court Reporter/Transcriber: Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 2/23/2021. Redacted Transcript Deadline set for 3/5/2021. Release of Transcript Restriction set for 5/3/2021.(Edwards, Lisa) [1:21−mj−00092−ZMF] (Entered: 02/02/2021) |
| 02/03/2021 | 8 | | NOTICE OF ATTORNEY APPEARANCE: Nicholas D. Smith appearing for COUY GRIFFIN (Smith, Nicholas) [1:21−mj−00092−ZMF] (Entered: 02/03/2021) |
| 02/03/2021 | 9 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Revoke *Pretrial Detention Order of February 1, 2021* by COUY GRIFFIN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Smith, Nicholas) [1:21–mj–00092–ZMF] (Entered: 02/03/2021) |
| 02/03/2021 | 10 | | ORDER OF DETENTION PENDING TRIAL – Defendant Held Without Bond as to COUY GRIFFIN. Signed by Magistrate Judge Zia M. Faruqui on 2/3/2021. (ztl) [1:21–mj–00092–ZMF] (Entered: 02/03/2021) |
| 02/03/2021 | 11 | | Memorandum in Opposition by USA as to COUY GRIFFIN re 9 MOTION to Revoke *Pretrial Detention Order of February 1, 2021 Opposition to Motion to Revoke Pretrial Detention Order* (Iyengar, Janani) [1:21–mj–00092–ZMF] (Entered: 02/03/2021) |
| 02/04/2021 | 12 | | REPLY in Support by COUY GRIFFIN re 9 MOTION to Revoke *Pretrial Detention Order of February 1, 2021* (Smith, Nicholas) [1:21–mj–00092–ZMF] (Entered: 02/04/2021) |
| 02/04/2021 | | | NOTICE OF HEARING ON MOTION in case as to COUY GRIFFIN regarding 9 MOTION to Revoke Pretrial Detention Order of February 1, 2021. The parties shall take notice that a Motion Hearing is scheduled for 2/5/2021, at 3:00 PM via videoconference before Chief Judge Beryl A. Howell. Connection details will be provided by the deputy clerk. (ztg) [1:21–mj–00092–ZMF] (Entered: 02/04/2021) |
| 02/04/2021 | | | Set/Reset Hearings as to COUY GRIFFIN: Motion Hearing RESCHEDULED for 2/5/2021 at 3:30 PM before Chief Judge Beryl A. Howell. (ztg) [1:21–mj–00092–ZMF] (Entered: 02/04/2021) |
| 02/05/2021 | | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing as to COUY GRIFFIN held via videoconference on 2/5/2021. The Defendant agreed to participate via videoconference. 9 Defendant Griffin's Motion to Revoke Pretrial Detention Order, heard and granted. Magistrate Judge's Pretrial Detention Ruling REVERSED. Defendant released on personal recognizance under the supervision of the Federal Pretrial Services Agency; the Defendant shall contact pretrial for an interview on Tuesday, February 9, 2021, between the hours of 8:30 a.m. and 4:00 p.m. Oral motion by defense counsel for the return of the Defendant's car by the government, granted. Government directed to make the necessary arrangements with defense counsel for the return of the Defendant's car. Bond Status of Defendant: Personal Recognizance/release issued. Defense Attorneys: David B. Smith and Nicholas D. Smith; US Attorney: Janani Iyengar; Pretrial Officer: Christine Schuck. Court Reporter: Elizabeth Saint–Loth. (ztg) [1:21–mj–00092–ZMF] (Entered: 02/05/2021) |
| 02/05/2021 | 13 | | ORDER Setting Conditions of Release as to COUY GRIFFIN. Signed by Chief Judge Beryl A. Howell on 2/5/2021. (Attachments: # 1 Appearance Bond) (ztg) [1:21–mj–00092–ZMF] (Entered: 02/05/2021) |
| 02/05/2021 | | | NOTICE OF HEARING as to COUY GRIFFIN: Preliminary/Status Hearing scheduled for 2/8/2021 at 1:30 PM is VACATED. (ztl) [1:21–mj–00092–ZMF] (Entered: 02/05/2021) |
| 02/08/2021 | 14 | | INFORMATION as to COUY GRIFFIN (1) count(s) 1, 2. (zstd) (Entered: 02/08/2021) |

| 02/11/2021 | <u>16</u> | | TRANSCRIPT OF PROCEEDINGS, in case as to COUY GRIFFIN, before Chief Judge Beryl A. Howell, held on 2–05–2021. Page Numbers: 1 – 51. Date of Issuance: 2–11–2021. Court Reporter: Elizabeth SaintLoth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/4/2021. Redacted Transcript Deadline set for 3/14/2021. Release of Transcript Restriction set for 5/12/2021.(Saint–Loth, Elizabeth) (Entered: 02/11/2021) |
| 03/08/2021 | | | NOTICE OF HEARING as to COUY GRIFFIN. VTC Arraignment set for 3/11/2021 at 10:00 AM before Judge Trevor N. McFadden. Connection instructions will be emailed to the parties. (hmc) (Entered: 03/08/2021) |
| 03/11/2021 | | | MINUTE ORDER. Consistent with the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/11/21. (lctnm1) (Entered: 03/11/2021) |
| 03/11/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to COUY GRIFFIN held via video on 3/11/2021. Due Process Protections Act Order read into the record by the Court. COUY GRIFFIN arraigned on Counts 1 and 2. Plea of Not Guilty entered as to all counts. A further Status Conference is set for 4/7/2021, at 11:00 AM, via video, before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 3/11/2021 to 4/7/2021, in the interests of justice and for the reasons identified in the Chief Judge's most recent standing order. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: David B. Smith and Nicholas D. Smith; US Attorney: Jason Feldman standing in for Janani Iyengar; Court Reporter: Crystal Pilgrim. (hmc) Modified on 3/11/2021 (hmc). (Entered: 03/11/2021) |
| 03/18/2021 | <u>17</u> | | MOTION to Exclude Speedy Trial Time *Motion to Continue and Exclude Time Under the Speedy Trial Act* by USA as to COUY GRIFFIN. (Attachments: # <u>1</u> Text of Proposed Order)(Iyengar, Janani) Modified event title on 3/23/2021 |

| | | | |
|---|---|---|---|
| | | | (znmw). (Entered: 03/18/2021) |
| 03/18/2021 | 18 | | Memorandum in Opposition by COUY GRIFFIN re 17 MOTION for Speedy Trial *Motion to Continue and Exclude Time Under the Speedy Trial Act* (Smith, Nicholas) (Entered: 03/18/2021) |
| 03/18/2021 | 19 | | MOTION to Continue by USA as to COUY GRIFFIN. (See Docket Entry 17 to view document). (znmw) (Entered: 03/23/2021) |
| 04/05/2021 | 20 | | ENTERED IN ERROR.....NOTICE *of Discovery Production 1* by USA as to COUY GRIFFIN (Iyengar, Janani) Modified on 4/23/2021 (zhsj). (Entered: 04/05/2021) |
| 04/05/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to COUY GRIFFIN re 20 Notice (Other) was entered in error and counsel was instructed to refile said pleading. Incorrect Format Pursuant to Local Rule LCrR 49(e)(1)/. (zhsj) (Entered: 04/23/2021) |
| 04/07/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to COUY GRIFFIN held via video on 4/7/2021. Upon consideration of defendant's request and government's opposition, the Court modified the defendant's conditions of release to allow the defendant to possess firearms at his place of residence only. He may not possess a firearm outside his home. A further Status Conference is set for 4/27/2021, at 10:00 AM, via video, before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 4/7/2021 to 4/27/2021, in the interests of justice. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: David B. Smith and Nicholas D. Smith; US Attorneys: Janani Iyengar and Jason Feldman; Court Reporter: Crystal Pilgrim. (hmc) (Entered: 04/07/2021) |
| 04/08/2021 | 22 | | MOTION to Compel *production of evidence pursuant to Rule 16(a)(1)(E) or, alternatively, for a bill of particulars* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 04/08/2021) |
| 04/08/2021 | | | MINUTE ORDER as to Couy Griffin. Upon consideration of Defendant's 22 Motion to Compel the Production of Evidence or, in the Alternative, for a Bill of Particulars, the Government shall file a response on or before April 22, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/8/2021. (lctnm1). (Entered: 04/08/2021) |
| 04/08/2021 | 26 | | MOTION for Bill of Particulars by COUY GRIFFIN. (See Docket Entry 22 to View Document). (zhsj) (Entered: 04/23/2021) |
| 04/09/2021 | | | Set/Reset Deadlines as to COUY GRIFFIN: Government's response due by 4/22/2021. (hmc) (Entered: 04/09/2021) |
| 04/16/2021 | 23 | | RESPONSE by USA as to COUY GRIFFIN re 22 MOTION to Compel *production of evidence pursuant to Rule 16(a)(1)(E) or, alternatively, for a bill of particulars* (Iyengar, Janani) (Entered: 04/16/2021) |
| 04/16/2021 | | | MINUTE ORDER as to COUY GRIFFIN. Upon consideration of the Government's 23 Response, Defendant may, by April 23, 2021, file a reply clarifying his position in light of the Government's filing. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/16/2021. (lctnm1). (Entered: 04/16/2021) |

| 04/16/2021 | | | Set/Reset Deadlines as to COUY GRIFFIN: Defendant's reply due by 4/23/2021. (hmc) (Entered: 04/16/2021) |
|---|---|---|---|
| 04/17/2021 | 24 | | MOTION for Protective Order by USA as to COUY GRIFFIN. (Attachments: # 1 Text of Proposed Order)(Iyengar, Janani) (Entered: 04/17/2021) |
| 04/19/2021 | | | MINUTE ORDER as to COUY GRIFFIN. Upon consideration of the Government's 24 Motion for Protective Order, Defendant shall file by April 23, 2021, a notice stating his position on the Government's Motion and explaining any opposition. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/19/2021. (lctnm1) (Entered: 04/19/2021) |
| 04/19/2021 | | | Set/Reset Deadlines as to COUY GRIFFIN: Defendant's notice due by 4/23/2021. (hmc) (Entered: 04/19/2021) |
| 04/20/2021 | 25 | | REPLY in Support by COUY GRIFFIN re 22 MOTION to Compel *production of evidence pursuant to Rule 16(a)(1)(E) or, alternatively, for a bill of particulars* (Smith, Nicholas) (Entered: 04/20/2021) |
| 04/23/2021 | 27 | | RESPONSE by COUY GRIFFIN re 24 MOTION for Protective Order (Attachments: # 1 Griffin's signature page)(Smith, Nicholas) (Entered: 04/23/2021) |
| 04/27/2021 | 29 | | ORDER granting the Government's 24 Motion for Protective Order as to COUY GRIFFIN (1). See attached Protective Order for details. Signed by Judge Trevor N. McFadden on 4/27/2021. (lctnm1) (Entered: 04/27/2021) |
| 04/27/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to COUY GRIFFIN held via video on 4/27/2021. Government's 17 Motion to Exclude Time Under the Speedy Trial Act and 19 Motion to Continue, granted. Defendant's 22 Motion to Compel and 26 Motion for Bill of Particulars, granted in part and denied in part. Any motion to dismiss, motion to suppress, or other affirmative motions due by 5/14/2021; any oppositions due by 5/28/2021, any replies due by 6/11/2021. A further video Status Conference is set for 6/30/2021 at 10:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 4/27/2021 to 6/30/2021, in the interests of justice. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: David B. Smith and Nicholas D. Smith; US Attorney: Janani Iyengar; Court Reporter: Crystal Pilgrim. (hmc) (Entered: 04/27/2021) |
| 05/12/2021 | 30 | | MOTION to Dismiss Case by COUY GRIFFIN. (Smith, Nicholas) (Entered: 05/12/2021) |
| 05/14/2021 | 31 | | Amended Information by USA as to COUY GRIFFIN re 14 Information (zltp) (Entered: 05/17/2021) |
| 05/17/2021 | 32 | | Second MOTION to Dismiss Case by COUY GRIFFIN. (Smith, Nicholas) (Entered: 05/17/2021) |
| 05/18/2021 | | | MINUTE ORDER as to COUY GRIFFIN. Upon consideration of the Government's 31 Amended Information, Defendant's 30 Motion to Dismiss is DENIED as moot. The Government shall file any opposition to the Defendant's 32 Second Motion to Dismiss on or before May 28, 2021. Any reply by Defendant shall be filed on or before June 11, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/18/2021. (lctnm1) (Entered: 05/18/2021) |

| 05/18/2021 | | | Set/Reset Deadlines as to COUY GRIFFIN: Government's opposition to Defendant's Second Motion to Dismiss due by 5/28/2021. Reply due by 6/11/2021. (hmc) (Entered: 05/18/2021) |
|---|---|---|---|
| 05/26/2021 | 33 | | RESPONSE by USA as to COUY GRIFFIN re 32 Second MOTION to Dismiss Case (Iyengar, Janani) (Entered: 05/26/2021) |
| 06/01/2021 | 34 | | REPLY in Support by COUY GRIFFIN re 32 Second MOTION to Dismiss Case (Smith, Nicholas) (Entered: 06/01/2021) |
| 06/01/2021 | 35 | | NOTICE *of Government's Inconsistent Restricted Area Position in US v Christopher Kelly* by COUY GRIFFIN re 32 Second MOTION to Dismiss Case (Smith, Nicholas) (Entered: 06/01/2021) |
| 06/13/2021 | 36 | | MOTION for Hearing *pursuant to Local Criminal Rule 47(f)* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 06/13/2021) |
| 06/21/2021 | | | MINUTE ORDER as to COUY GRIFFIN granting Defendant's 36 Motion for Hearing Pursuant to LCrR 47(f). The hearing will occur at the status conference set for June 30, 2021, and will proceed over video as scheduled. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/21/2021. (lctnm1) (Entered: 06/21/2021) |
| 06/30/2021 | 38 | | NOTICE *of Corrected Information regarding Confirmation Hearings of Justice Kavanaugh and the Secret Service's Presence* by COUY GRIFFIN re 32 Second MOTION to Dismiss Case (Smith, Nicholas) (Entered: 06/30/2021) |
| 06/30/2021 | 39 | | NOTICE *of Corrected Information concerning protestors breaking through Capitol Police barricades during Justice Kavanaugh confirmation hearings when the Vice President was present* by COUY GRIFFIN re 32 Second MOTION to Dismiss Case (Smith, Nicholas) (Entered: 06/30/2021) |
| 06/30/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to COUY GRIFFIN held via videoconference on 6/30/2021. Defendant's 32 Second Motion to Dismiss Case, heard and held under advisement. A further VTC Status Conference is set for 8/9/2021 at 11:30 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is not tolled. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: David B. Smith and Nicholas D. Smith; US Attorney: Janani Iyengar; Court Reporter: Crystal Pilgrim. (hmc) (Entered: 06/30/2021) |
| 07/01/2021 | 40 | | NOTICE *of Filing Fast Track Discovery Letter* by USA as to COUY GRIFFIN (Iyengar, Janani) (Entered: 07/01/2021) |
| 07/02/2021 | 41 | | MEMORANDUM OPINION AND ORDER as to COUY GRIFFIN denying Defendant's 32 Second Motion to Dismiss. Signed by Judge Trevor N. McFadden on 7/2/2021. (lctnm1) (Entered: 07/02/2021) |
| 07/26/2021 | 42 | | STATUS REPORT *regarding Discovery* by USA as to COUY GRIFFIN. (Iyengar, Janani) Modified event title on 8/3/2021 (znmw). (Entered: 07/26/2021) |
| 08/09/2021 | 44 | | MOTION to Continue *and Exclude Time Under the Speedy Trial Act* by USA as to COUY GRIFFIN. (Iyengar, Janani) (Entered: 08/09/2021) |
| 08/09/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to COUY GRIFFIN held via videoconference on 8/9/2021. VTC Status Conference set for 9/20/2021 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 8/9/2021 to 9/20/2021, in the interests of justice. Government's 44 Motion to Continue and Exclude Time Under the Speedy Trial Act, held in abeyance. Bond Status of Defendant: Personal Recognizance. Defense Attorneys David B. Smith and Nicholas D. Smith; US Attorneys Janani Iyengar and Emily Miller; Court Reporter: Lisa Bankins. (hmc) (Entered: 08/09/2021) |
| 08/09/2021 | 45 | | MOTION to EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT by USA as to COUY GRIFFIN. (See docket entry 44 to view document.) (zltp) (Entered: 08/11/2021) |
| 08/12/2021 | 46 | | TRANSCRIPT OF PROCEEDINGS in case as to COUY GRIFFIN before Judge Trevor N. McFadden held on 08/09/2021; Page Numbers: 28. Date of Issuance:08/12/2021. Court Reporter/Transcriber L. Bankins, Telephone number 202–354–3243, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporte r referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/2/2021. Redacted Transcript Deadline set for 9/12/2021. Release of Transcript Restriction set for 11/10/2021.(Bankins, Lisa) (Entered: 08/12/2021) |
| 08/12/2021 | 47 | | RESPONSE by COUY GRIFFIN re 45 MOTION to Exclude *Time Under the Speedy Trial Act* (Smith, Nicholas) (Entered: 08/12/2021) |
| 08/12/2021 | 48 | | MOTION to Compel *Production of Brady Compilation Evidence* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 08/12/2021) |
| 09/01/2021 | 49 | | NOTICE OF ATTORNEY APPEARANCE Emily A. Miller appearing for USA. (Miller, Emily) (Entered: 09/01/2021) |
| 09/01/2021 | 50 | | STATUS REPORT *Regarding Discovery as of 8/23/2021* by USA as to COUY GRIFFIN (Miller, Emily) (Entered: 09/01/2021) |
| 09/02/2021 | 51 | | Memorandum in Opposition by USA as to COUY GRIFFIN re 48 MOTION to Compel *Production of Brady Compilation Evidence* (Miller, Emily) (Entered: 09/02/2021) |
| 09/02/2021 | 52 | | REPLY by USA as to COUY GRIFFIN re 47 Response to motion *to Continue Trial and Exclude Time Under the Speedy Trial Act* (Miller, Emily) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/02/2021) |
| 09/07/2021 | 53 | | REPLY TO OPPOSITION to Motion by COUY GRIFFIN re 48 MOTION to Compel *Production of Brady Compilation Evidence and NOTICE that Griffin opposes further STA continuances* (Smith, Nicholas) (Entered: 09/07/2021) |
| 09/08/2021 | 54 | | MOTION for Leave to File *Opposition to Defendant's Motion to Compel* by USA as to COUY GRIFFIN. (Iyengar, Janani) (Entered: 09/08/2021) |
| 09/16/2021 | 56 | | STATUS REPORT *Memorandum Regarding Status of Discovery As of September 14, 2021* by USA as to COUY GRIFFIN (Iyengar, Janani) (Entered: 09/16/2021) |
| 09/20/2021 | 58 | | Order as to COUY GRIFFIN granting the 55 MOTION FOR LEAVE TO SEAL GOVERNMENT'S DISCOVERY LETTER TO OPPOSING COUNSEL. See attached Order for details. Signed by Judge Trevor N. McFadden on 9/20/2021. (lctnm1) (Entered: 09/20/2021) |
| 09/20/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to COUY GRIFFIN held via videoconference on 9/20/2021. Defendant's 48 Motion to Compel, granted in part and denied in part. Government's 54 Motion for Leave to File, granted. Government's 44 Motion to Continue and Exclude Time Under the Speedy Trial Act, granted. Pretrial Conference set for 3/11/2022 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bench Trial set for 3/21/2022 at 9:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. VTC Status Conference set for 10/26/2021 at 11:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 9/20/2021 to 10/26/2021, in the interests of justice. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: David B. Smith and Nicholas D. Smith; US Attorneys: Janani Iyengar and Emily A. Miller; Court Reporter: Jeff Hook. (hmc) Modified on 9/21/2021 to correct date (hmc). (Entered: 09/21/2021) |
| 09/20/2021 | 59 | | Memorandum in Opposition by USA as to COUY GRIFFIN re 48 MOTION to Compel *Production of Brady Compilation Evidence* (zltp) (Entered: 09/21/2021) |
| 09/27/2021 | 60 | | NOTICE *of Filing 9–27–2021 Discovery Letter to Defense Counsel* by USA as to COUY GRIFFIN (Attachments: # 1 Discovery Letter)(Iyengar, Janani) (Entered: 09/27/2021) |
| 09/27/2021 | 61 | | TRANSCRIPT OF STATUS CONFERENCE in case as to COUY GRIFFIN before Judge Trevor N. McFadden held on September 20, 2021. Page Numbers: 1 – 50. Date of Issuance: September 27, 2021. Court Reporter: Jeff Hook. Telephone number: 202–354–3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased f rom the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to |

| | | | redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/18/2021. Redacted Transcript Deadline set for 10/28/2021. Release of Transcript Restriction set for 12/26/2021.(Hook, Jeff) (Entered: 09/27/2021) |
|---|---|---|---|
| 10/22/2021 | 62 | | NOTICE *of Prejudicial Public Statements Made by the President about this Investigation* by COUY GRIFFIN (Smith, Nicholas) (Entered: 10/22/2021) |
| 10/25/2021 | 63 | | STATUS REPORT *on Discovery* by USA as to COUY GRIFFIN (Iyengar, Janani) (Entered: 10/25/2021) |
| 10/26/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to COUY GRIFFIN held via videoconference on 10/26/2021. Motions in Limine, Motions to Suppress and expert witness disclosures due by 1/17/2022. Oppositions due by 2/7/2022. Replies, if any, due by 2/21/2022. Time under the Speedy Trial Act is tolled from 10/26/2021 to 3/11/2022, in the interests of justice. Bond Status of Defendant: Personal Recognizance. Defense Attorneys: David B. Smith and Nicholas D. Smith; US Attorney: Janani Iyengar; Court Reporter: Lisa Edwards. (hmc) (Entered: 10/26/2021) |
| 12/17/2021 | | | MINUTE ORDER as to COUY GRIFFIN vacating the pretrial conference set for March 11, 2022. A one–day bench trial will be held on March 21, 2022. Any pre–trial motions will be resolved the morning before trial. SO ORDERED. Signed by Judge Trevor N. McFadden on 12/17/2021. (lctnm1) (Entered: 12/17/2021) |
| 01/03/2022 | 65 | | NOTICE OF ATTORNEY APPEARANCE Kimberly Louise Paschall appearing for USA. (Paschall, Kimberly) (Entered: 01/03/2022) |
| 01/04/2022 | 66 | | MOTION to Compel *Production of Photographic Brady Evidence* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 01/04/2022) |
| 01/04/2022 | 67 | | MOTION for Discovery *and for an Evidentiary Hearing in Support of Griffin's Claim of Selective Enforcement and Selective Prosecution* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 01/04/2022) |
| 01/04/2022 | 68 | | MOTION for an Evidentiary Hearing by COUY GRIFFIN. (See docket entry 67 to view document.)(zltp) (Entered: 01/05/2022) |
| 01/16/2022 | 69 | | MOTION in Limine by USA as to COUY GRIFFIN. (Iyengar, Janani) (Entered: 01/16/2022) |
| 01/18/2022 | 70 | | RESPONSE by USA as to COUY GRIFFIN re 66 MOTION to Compel *Production of Photographic Brady Evidence* (Iyengar, Janani) (Entered: 01/18/2022) |
| 01/18/2022 | 71 | | Memorandum in Opposition by USA as to COUY GRIFFIN re 67 MOTION for Discovery *and for an Evidentiary Hearing in Support of Griffin's Claim of Selective Enforcement and Selective Prosecution* (Paschall, Kimberly) (Entered: 01/18/2022) |
| 01/18/2022 | 72 | | |

| | | | |
|---|---|---|---|
| | | | MOTION in Limine *to Limit Cross Examination* by USA as to COUY GRIFFIN. (Iyengar, Janani) (Entered: 01/18/2022) |
| 01/18/2022 | 73 | | REPLY TO OPPOSITION to Motion by COUY GRIFFIN re 66 MOTION to Compel *Production of Photographic Brady Evidence* (Smith, Nicholas) (Entered: 01/18/2022) |
| 01/23/2022 | 74 | | REPLY TO OPPOSITION to Motion by COUY GRIFFIN re 67 MOTION for Discovery *and for an Evidentiary Hearing in Support of Griffin's Claim of Selective Enforcement and Selective Prosecution* (Smith, Nicholas) (Entered: 01/23/2022) |
| 01/27/2022 | 75 | | Memorandum in Opposition by COUY GRIFFIN re 72 MOTION in Limine *to Limit Cross Examination* (Smith, Nicholas) (Entered: 01/27/2022) |
| 02/04/2022 | 76 | | REPLY TO OPPOSITION to Motion by USA as to COUY GRIFFIN re 72 MOTION in Limine *to Limit Cross Examination* (Attachments: # 1 Affidavit, # 2 Exhibit)(Iyengar, Janani) (Entered: 02/04/2022) |
| 02/07/2022 | 77 | | NOTICE *of Griffin's Response to the Declaration of Sergeant Stephen T. James* by COUY GRIFFIN re 76 Reply to opposition to Motion (Smith, Nicholas) (Entered: 02/07/2022) |
| 02/10/2022 | 78 | | STATUS REPORT *of Discovery* by USA as to COUY GRIFFIN (Iyengar, Janani) (Entered: 02/10/2022) |
| 02/16/2022 | 79 | | MOTION for Order Motion for Rule 17(b), (d) Trial Subpoena Issuance by COUY GRIFFIN. (Smith, Nicholas) (Entered: 02/16/2022) |
| 02/16/2022 | | | MINUTE ORDER: Defendant (1) GRIFFIN previously filed a 79 Motion for Subpoena. The Government is hereby ORDERED to respond to the motion on or before February 23, 2022. The Defendant shall file his reply, if any, on or before February 28, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/16/2022. (lctnm1) (Entered: 02/16/2022) |
| 02/17/2022 | | | Set/Reset Deadlines as to COUY GRIFFIN: Government's responses due by 2/23/2022. Defendant's reply due by 2/28/2022. (hmc) (Entered: 02/17/2022) |
| 02/23/2022 | 80 | | SECOND AMENDED INFORMATION by USA as to COUY GRIFFIN re 14 Information (zltp) (Entered: 02/23/2022) |
| 02/23/2022 | 81 | | RESPONSE by USA as to COUY GRIFFIN re 79 MOTION for Order Motion for Rule 17(b), (d) Trial Subpoena Issuance (Paschall, Kimberly) (Entered: 02/23/2022) |
| 02/23/2022 | 82 | | REPLY TO OPPOSITION to Motion by COUY GRIFFIN re 79 MOTION for Order Motion for Rule 17(b), (d) Trial Subpoena Issuance (Smith, Nicholas) (Entered: 02/23/2022) |
| 03/07/2022 | 85 | | Third Amended Information by USA as to COUY GRIFFIN re 14 Information (zltp) (Entered: 03/08/2022) |
| 03/08/2022 | 86 | | MOTION to Strike *Testimony Conflicting with the Best Evidence Rule or Alternatively to Compel Production of CCV Footage* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 03/08/2022) |
| 03/08/2022 | 89 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Compel Production of CCV Footage by COUY GRIFFIN. (See docket entry 86 to view document.) (zltp) (Entered: 03/15/2022) |
| 03/09/2022 | | | MINUTE ORDER as to COUY GRIFFIN: The Court has reviewed the Defendant's 79 Motion for Rule 17(b), (d) Subpoena. If the Government wishes to proceed on Count One of the 85 Third Amended Information, it is hereby ORDERED to have a witness present at trial who can speak based on first–hand knowledge as to the whereabouts of former Vice President Pence during the alleged offense conduct. The motion is otherwise DENIED as moot. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/9/2022. (lctnm1) (Entered: 03/09/2022) |
| 03/15/2022 | | | NOTICE as to COUY GRIFFIN regarding the March 21, 2022 Bench Trial. A public access teleconference connection will not be established for this proceeding. Courtroom 2 will be available for the public. (hmc) (Entered: 03/15/2022) |
| 03/17/2022 | 90 | | TRIAL BRIEF by USA as to COUY GRIFFIN (Paschall, Kimberly) (Entered: 03/17/2022) |
| 03/18/2022 | 91 | | RESPONSE re: 90 TRIAL BRIEF by COUY GRIFFIN (Smith, Nicholas) Modified text to include linkage on 4/1/2022 (zltp). (Entered: 03/18/2022) |
| 03/18/2022 | 92 | | ORDER. For the reasons set forth in the attached Order, the Defendant's 67 Motion for Discovery and for an Evidentiary Hearing is DENIED; the Government's 69 Motion in Limine to Introduce Evidence Pursuant to 803(6) & 902(11) is GRANTED; and the Government's 72 Motion in Limine to Limit Cross–Examination is GRANTED in part and DENIED in part. See attached Order for details. Signed by Judge Trevor N. McFadden on 3/18/2022. (lctnm1) (Entered: 03/18/2022) |
| 03/19/2022 | 94 | | MOTION for Disclosure *of Jencks Material and Notice of Government's Violation of 18 USC 3500* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 03/20/2022) |
| 03/20/2022 | 95 | | MOTION for Sanctions *under Rule 16(d)(2) and Local Criminal Rule 5.1* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 03/20/2022) |
| 03/20/2022 | 96 | | MOTION in Limine *to Exclude the Government's Generic January 6 Montage Exhibits* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 03/20/2022) |
| 03/20/2022 | 97 | | MOTION to Clarify by USA as to COUY GRIFFIN. (Paschall, Kimberly) (Entered: 03/20/2022) |
| 03/20/2022 | 98 | | Memorandum in Opposition by COUY GRIFFIN re 97 MOTION to Clarify (Smith, Nicholas) (Entered: 03/20/2022) |
| 03/21/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to COUY GRIFFIN began and held on 3/21/2022. Defendant arraigned on Counts 1 and 2 of the Third Amended Information. Defendant entered a plea of Not Guilty as to all counts. Defendant's 66 Motion to Compel Production of Photographic Brady Evidence, DENIED. Government's 97 Motion to Clarify, DENIED. Defendant's 86 Motion to Strike Testimony Conflicting with the Best Evidence Rule or Alternatively to Compel Production of CCV Footage, DENIED AS MOOT. The Court ORDERED the government to provide to the defendant unredacted Jencks material by the end of lunch and |

| | | | |
|---|---|---|---|
| | | | otherwise DENIED Defendant's 94 Motion for Disclosure of Jencks Material and Notice of Government's Violation of 18 USC 3500. Defendant's 96 Motion in Limine to Exclude the Government's Generic January 6 Montage Exhibits, DENIED. Defendant's 95 Motion for Sanctions under Rule 16(d)(2) and Local Criminal Rule 5.1, GRANTED IN PART AND DENIED IN PART. Bench Trial continued to 3/22/2022 at 9:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Nicholas D. Smith; US Attorneys: Janani Iyengar and Kimberly L. Paschall; Court Reporter: Sara Wick. Government Witnesses: Matthew Struck, John Erickson, Lanelle Hawa. (hmc) Modified on 3/22/2022 (hmc). (Entered: 03/21/2022) |
| 03/21/2022 | 99 | | WAIVER of Trial by Jury as to COUY GRIFFIN. Approved by Judge Trevor N. McFadden on 3/21/2022. (hmc) (Entered: 03/21/2022) |
| 03/22/2022 | 100 | | MOTION for Acquittal *Regarding "Temporarily Visiting" Element of Section 1752 Charges* by COUY GRIFFIN. (Smith, Nicholas) (Entered: 03/22/2022) |
| 03/22/2022 | 101 | | Memorandum in Opposition by USA as to COUY GRIFFIN re 100 MOTION for Acquittal *Regarding "Temporarily Visiting" Element of Section 1752 Charges* (Iyengar, Janani) (Entered: 03/22/2022) |
| 03/22/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to COUY GRIFFIN resumed and held on 3/22/2022. Defendant's 100 Motion for Judgment of Acquittal, DENIED. Verdict of Guilty rendered by the Court as to Count 1. Verdict of Not Guilty rendered by the Court as to Count 2. Case referred to the Probation Office for a Presentence Investigation. Sentencing Memoranda due by 6/10/2022. Sentencing set for 6/17/2022 at 2:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Nicholas D. Smith; US Attorneys: Janani Iyengar and Kimberly L. Paschall; Court Reporter: Sara Wick. (hmc) (Entered: 03/22/2022) |
| 03/22/2022 | 102 | | EXHIBIT LIST by USA as to COUY GRIFFIN. (hmc) (Entered: 03/22/2022) |
| 03/22/2022 | 103 | | EXHIBIT LIST by COUY GRIFFIN. (hmc) (Entered: 03/22/2022) |
| 03/22/2022 | 104 | | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to COUY GRIFFIN. (hmc) (Entered: 03/22/2022) |
| 04/08/2022 | 105 | | TRANSCRIPT OF BENCH TRIAL in case as to COUY GRIFFIN before Judge Trevor N. McFadden held on 03/21/2022. Page Numbers: 1–266. Date of Issuance: 04/08/2022. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter refe renced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the |

| | | | |
|---|---|---|---|
| | | | transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/29/2022. Redacted Transcript Deadline set for 5/9/2022. Release of Transcript Restriction set for 7/7/2022.(Wick, Sara) (Entered: 04/08/2022) |
| 04/08/2022 | 106 | | TRANSCRIPT OF BENCH TRIAL in case as to COUY GRIFFIN before Judge Trevor N. McFadden held on 03/22/2022. Page Numbers: 267–340. Date of Issuance: 04/08/2022. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter re ferenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/29/2022. Redacted Transcript Deadline set for 5/9/2022. Release of Transcript Restriction set for 7/7/2022.(Wick, Sara) (Entered: 04/08/2022) |
| 06/09/2022 | 109 | | SENTENCING MEMORANDUM by COUY GRIFFIN (Smith, Nicholas) (Entered: 06/09/2022) |
| 06/10/2022 | 112 | | SENTENCING MEMORANDUM by USA as to COUY GRIFFIN (Attachments: # 1 Exhibit Sentencing Table)(Iyengar, Janani) (Entered: 06/10/2022) |
| 06/16/2022 | 115 | | MOTION for Leave to File *Supplemental Sentencing Memorandum* by USA as to COUY GRIFFIN. (Attachments: # 1 Exhibit Criminal Referral, # 2 Exhibit Exhibits Attached to Referral)(Iyengar, Janani) (Entered: 06/16/2022) |
| 06/16/2022 | | | MINUTE ORDER as to COUY GRIFFIN granting the 115 Motion for Leave to File. The Clerk of Court is requested to docket ECF Nos. 115–1 & 115–2. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/16/2022. (lctnm1) (Entered: 06/16/2022) |
| 06/16/2022 | 116 | | SUPPLEMENT (Criminal Referral) by USA as to COUY GRIFFIN re 112 Sentencing Memorandum (Attachments: # 1 Exhibit)(zltp) (Entered: 06/17/2022) |
| 06/17/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 6/17/2022 as to COUY GRIFFIN. Count 1: Defendant sentenced to a term of Fourteen (14) Days of Incarceration, with credit for time |

| | | | |
|---|---|---|---|
| | | | served, followed by a term of Twelve (12) Months of Supervised Release. A $25.00 Special Assessment and a $3,000.00 Fine imposed. Restitution in the amount of $500.00. Bond Status of Defendant: Supervised Release. Defense Attorney: Nicholas D. Smith; US Attorneys: Janani Iyengar and Kimberly L. Paschall; Probation Officer: Hana Field; Court Reporter: Lisa Edwards. (hmc) (Entered: 06/17/2022) |
| 06/17/2022 | 119 | | JUDGMENT as to COUY GRIFFIN. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 6/17/2022. (zltp) (Entered: 06/21/2022) |
| 06/17/2022 | 120 | | STATEMENT OF REASONS as to COUY GRIFFIN. re 119 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 6/17/2022. (zltp) (Entered: 06/21/2022) |
| 06/21/2022 | 118 | | NOTICE *of Counsel's Response to Griffin Social Media Commentary* by COUY GRIFFIN (Smith, Nicholas) (Entered: 06/21/2022) |
| 06/27/2022 | 121 | | MOTION to Withdraw as Attorney by David Smith and Nicholas Smith. by COUY GRIFFIN. (Smith, Nicholas) (Entered: 06/27/2022) |
| 06/27/2022 | 122 | | NOTICE OF APPEAL – Final Judgment by COUY GRIFFIN re 119 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Smith, Nicholas) (Entered: 06/27/2022) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )          Criminal No. _21-cr-92_____
)
Couy Griffin _____ )

## NOTICE OF APPEAL

Name and address of appellant:              Couy Griffin
52 Dusty Lane
Tularosa, NM 88352

Name and address of appellant's attorney:     [Needs court-appointed counsel]

Offense:   18 U.S.C. s. 1752(a)(1)

Concise statement of judgment or order, giving date, and any sentence:

Judgment, entered June 17, 2022

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_6/27/2022_____     /s/ Couy Griffin
DATE                               APPELLANT   *Nicholas Smith*
                                   _____
                                   ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [ ]
CJA, NO FEE             [✔]
PAID USDC FEE           [ ]
PAID USCA FEE           [ ]
Does counsel wish to appear on appeal?                    YES [ ]   NO [✔]
Has counsel ordered transcripts?                          YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [✔]

18

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>COUY GRIFFIN | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  21-cr-92 (TNM)<br>USM Number:  26138-509<br><br>Nicholas D. Smith<br><u>Defendant's Attorney</u> |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)    1 of the Information filed on 2/8/2021
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1752 (a)(1) | Entering and Remaining in a Restricted Building | 1/6/2021 | 1 |

The defendant is sentenced as provided in pages 2 through ____7____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/17/2022
<u>Date of Imposition of Judgment</u>

_Signature of Judge_

Trevor N. McFadden, U.S. District Judge
<u>Name and Title of Judge</u>

6/17/22
<u>Date</u>

AO 245B (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page    2    of    7

DEFENDANT:   COUY GRIFFIN
CASE NUMBER:   21-cr-92 (TNM)

## IMPRISONMENT

     The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
FOURTEEN (14) DAYS on Count 1, with credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at  _____  ☐ a.m.   ☐ p.m.   on  _____ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on  _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___7___

DEFENDANT:   COUY GRIFFIN
CASE NUMBER:   21-cr-92 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

TWELVE (12) MONTHS.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 7 |

DEFENDANT: COUY GRIFFIN
CASE NUMBER: 21-cr-92 (TNM)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page ___5___ of ___7___

DEFENDANT: COUY GRIFFIN
CASE NUMBER: 21-cr-92 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Obligation: You must pay the balance of any financial obligation owed at a rate of no less than $300 each month. Full payment of all financial obligations stated herein is a specific requirement of your supervised release.

Community Service - You must complete 60 hours of community service within the next 10 months.  The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer.

The Court authorizes supervision and jurisdiction of this case to be transferred to the United States District Court for the District of New Mexico.

The Probation Office shall release the presentence investigation report to all appropriate agencies,  which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___6___ of ___7___

DEFENDANT: COUY GRIFFIN
CASE NUMBER: 21-cr-92 (TNM)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 25.00 | $ 500.00 | $ 3,000.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | | $500.00 | |
| Office of the Chief Financial Officer | | | |
| ATTN: Kathy Sherrill, CPA | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |

| | | | | |
|---|---|---|---|---|
| **TOTALS** | $ | 0.00 | $ | 500.00 |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑ the interest requirement is waived for the   ☑ fine  ☑ restitution.

    ☐ the interest requirement for the   ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __7__ of __7__

DEFENDANT: COUY GRIFFIN
CASE NUMBER: 21-cr-92 (TNM)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __25.00__ due immediately, balance due

　　　☐ not later than _____ , or
　　　☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
　　　_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
　　　_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
　　　term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
　　　imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
　　　The financial obligations are payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave
　　　NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of
　　　the change until such time as the financial obligation is paid in full.

　　　You must pay the balance of restitution owed as stated on Page 5.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.